IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

No. 7:25-CR-6-D-RJ-5

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NEWRUE DICKERSON | ) | |

For good cause shown, the Defendant's Motion to Seal is hereby GRANTED. The Clerk of Court is hereby directed to seal the document filed at DE 190.

SO ORDERED. This 24 July, 2025.

James C. Dever III
United States District Judge