IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:25-CR-6-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| NEWRUE DICKERSON, ) | |
| ) | |
| Defendant. ) | |

The United States SHALL file an update concerning this court's order of July 28, 2025.

See [D.E. 195]. The update is due no later than November 14, 2025.

SO ORDERED. This 3 day of November, 2025.

JAMES C. DEVER III
United States District Judge