IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:25-CR-6-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NEWRUE DICKERSON, | ) | |
| | ) | |
| Defendant. | ) | |

In light of the government's status report [D.E. 267], Dr. Browning MUST file his report under seal on this docket. The United States Attorney MUST facilitate this filing. Once filed, the parties MUST confer and propose next steps in this criminal case.

SO ORDERED. This 9 day of February, 2026.

JAMES C. DEVER III
United States District Judge