UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:25-cr-00006-D-RJ-5

UNITED STATES OF AMERICA

v.

NEWRUE DICKERSON

MOTION TO SET HEARING

UPON THE DEFENDANT'S MOTION, and without objection by the Government, the

Court schedules the Defendant's arraignment and competency hearing for the

__May 2026__ Term of Court.

SO ORDERED. This the _25_ day of March 2026.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE